NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

(Serial No. 10/200,747)

## IN RE ARNOLD G. KLEIN

2010-1411

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## ON MOTION

## ORDER

Upon consideration of the unopposed motion to substitute Louis W. Tompros as principal counsel for Arnold G. Klein,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 2 1 2010

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 1 2010

JAN HORBALY
CLERK

cc:  Raymond T. Chen, Esq.
     Louis W. Tompros, Esq.

s20